IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL NO. EP-25-M-2298-MAT |
| v. | § | |
| | § | |
| DARIO JAVIER TREJO-BURBANO, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## GOVERNMENT'S EXHIBIT LIST

1. Still Photographs from May 8, 2025
2. Radio Transmissions from May 8, 2025
3. Certificate of Authenticity of Electronic Records Data
4. Bodycam footage taken May 8, 2025
5. Photographs of Area of Defendant's Apprehension
6. I-213 of Defendant (p. 1)
7. I-214 of Defendant
8. Photocopy of Defendant's Ecuadorian Passport
9. Certificate of Authenticity from Army
10. GSA Documents to USIBWC
11. GSA Documents to US Army
12. Assignment of Transferred Lands
13. Memorandum of Transferred Lands
14. Photographs of National Defense Area

15. Sign

16. EPT Signage Installation as of May 8, 2025

DATED this 13th day of June, 2025.

Respectfully Submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:  */s/Susanna Martinez*
SUSANNA MARTINEZ
Arizona Bar No. 028938
Assistant U.S. Attorney
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this sealed document will be provided to Defendant's attorney: Robert Perez.

*/s/Susanna Martinez*
SUSANNA MARTINEZ
Assistant U.S. Attorney