IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § CRIMINAL NO. EP-25-M-02298-MAT |
| DARIO JAVIER TREJO-BURBANO, | § |
| Defendant. | § |

## GOVERNMENT'S NOTICE OF POTENTIAL WITNESSES

1. Border Patrol Agent James Diaz

2. Border Patrol Agent Guillermo Vargas

3. Border Patrol Processing Coordinator Samuel Flores

4. Border Patrol Agent Jorge Munoz

5. Border Patrol Agent Robert Serrano

6. Border Patrol Agent David Valles

7. Demetria Walker, International Boundary and Water Commission

8. Supervisory Border Patrol Agent Robert Garcia

9. Casper Rito, Army Civilian Personnel

/ / /

DATED this 13th day of June, 2025.

                                            Respectfully Submitted,

                                            JUSTIN R. SIMMONS
                                            UNITED STATES ATTORNEY

By:   */s/Susanna Martinez*
        SUSANNA MARTINEZ
        Assistant U.S. Attorney
        Arizona Bar No. 028938
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. A true copy of this sealed document will be provided to Defendant's attorney: Robert Perez.

                                            */s/Susanna Martinez*
                                            SUSANNA MARTINEZ
                                            Assistant U.S. Attorney