(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Jun 17 2025
Clerk, U.S. District Court
Western District of Texas

BY: AR
Deputy

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CASE NUMBER: EP:25-M-02298(1) MAT |
| vs. | § | |
| | § | |
| (1) DARIO JAVIER TREJO-BURBANO | § | |
| Defendant. | | |

## JUDGMENT IN A CRIMINAL CASE
### Short Form

The defendant, Dario Javier Trejo-Burbano, was represented by counsel, Robert J. Perez.

The defendant was found guilty by a Court verdict to Counts One and Three of the Misdemeanor Information on June 17, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 05/08/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 05/08/2025 |

As pronounced on June 17, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus (1) One Business Day. All counts to run concurrent.** The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 17th day of June, 2025.

_____
DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE