IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | EP-25-MJ-02298-MAT |
| | § | |
| DARIO JAVIER TREJO-BURBANO. | § § § | |

## JUDGMENT OF ACQUITTAL

On June 17, 2025, a jury found Defendant Dario Javier Trejo-Burbano not guilty in the above captioned case on Count II of the Misdemeanor Information filed on May 19, 2025, ECF No. 7.

**IT IS HEREBY ORDERED** that Defendant Dario Javier Trejo-Burbano is acquitted and discharged on Count II of the Misdemeanor Information.

SIGNED this __18th__ day of **JUNE 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE