IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. EP-25-MJ-02298-MAT |
| | ) | |
| DARIO JAVIER TREJO-BURBANO | ) | |

## **RENEWED MOTION FOR JUDGMENT OF ACQUITTAL**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Defendant Dario Javier Trejo-Burbano, by and through counsel, and respectfully files this renewed motion for Judgment of Acquittal pursuant to Rule 29 of Federal Rules of Criminal Procedure. For cause, Defendant would respectfully show this Honorable Court as follows:

I.

This case was tried before a jury and before the Court on June 17, 2025. The jury returned a verdict of Not Guilty on Count Two of the Information charging a Violation of Security Regulations and Orders under Title 50 U.S.C. § 797. The jury returned their verdict within 20 minutes. This Court in the bench trial proceeding found Defendant guilty of Counts One and Three of the Information, Improper Entry by an Alien in violation of 8 U.S.C. 1325(a)(1) and 18 U.S.C. 1382, Entry of Military Property for Any Purpose Prohibited by Law.

The Guilty verdicts in Counts Two and Three entered by this Court are inconsistent. Essentially both offenses required that Defendant knowingly had entered

property that belonged to Ft. Bliss, Texas in the course of illegally entering into the

United States. The newly created military zone had only been in operation for 8 days

when the illegal entry occurred. The Government failed to prove that the Defendant had

knowingly entered into a military zone. The Government failed to prove that Defendant

knew the zone existed and failed to prove that Defendant had the requisite mens rea to

commit the offense. For these reasons and the reasons presented in court, Defendant

respectfully renews his motion for Judgment of Acquittal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that his

motion for acquittal be granted with respect to Count Three of the Information.

Respectfully submitted,

ROBERT J. PEREZ
221 N. Kansas
Suite 1103
El Paso, Texas 79901
Tel No: 915-542-1222
Fax: 915-532-0904


By:_____/s/_____
         **ROBERT J. PEREZ**



## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Motion For Judgment of
Acquittal was electronically filed with the Clerk of the Court using the CM/ECF System
and was delivered to Assistant U.S. Attorney Susanna Martinez at 700 E. San Antonio,
Suite 200, El Paso, Texas, 79901.

_____/s/_____
**ROBERT J. PEREZ**