IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. EP-25-MJ-02298-MAT |
| | ) |
| DARIO JAVIER TREJO-BURBANO | ) |

### ORDER DENYING DEFENDANT'S MOTION FOR ACQUITTAL

Before the Court is Defendant's Motion for Judgment of Acquittal with respect to Count Three of the Information. After considering the motion, the court is of the opinion that the motion ~~has merit and should be granted.~~ should be denied.

IT IS ORDERED that Defendant's motion Judgment of Acquittal with respect to Count Three of the Information is hereby ~~GRANTED~~ DENIED.

SIGNED AND ENTERED this __3rd__ day of July, 2025.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE